UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16 CR 00 110-01 |
| | * | 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1) |
| | * | 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) |
| | * | 18 U.S.C. § 2253 |
| VERSUS | * | 21 U.S.C. § 853(p) |
| | * | 28 U.S.C. § 2461(c) |
| | * | JUDGE MINALDI |
| | * | |
| THOMAS HANES | * | MAGISTRATE JUDGE HANNA |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### Distribution of Child Pornography
### [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)]

On or about December 31, 2015, in the Western District of Louisiana, the defendant, THOMAS HANES, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256, that had shipped or transported in or affecting interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).   [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)].

## COUNT 2

### Distribution of Child Pornography
### [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)]

On or about January 4, 2016, in the Western District of Louisiana, the defendant, THOMAS HANES, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256, that had shipped or transported in or affecting interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).   [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)].

## COUNT 3

### Distribution of Child Pornography
### [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)]

On or about January 14, 2016, in the Western District of Louisiana, the defendant, THOMAS HANES, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256, that had shipped or transported in or affecting interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).   [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)].

## COUNT 4

## Possession of Child Pornography
### [18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)]

On or about February 26, 2016, in the Western District of Louisiana, the defendant, THOMAS HANES, did knowingly and intentionally possess electronic devices containing child pornography, as defined in Title 18, United States Code, Section 2256, that involved prepubescent minors and which had been shipped or transported in or affecting interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).   [18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)].

## FORFEITURE ALLEGATIONS AND NOTICE
### [18 U.S.C. § 2253, 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)]

1.   The allegations contained in Counts 1-4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.   Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, THOMAS HANES, shall forfeit to the United States of America:

    a.    Any visual depiction described in Title 18, United States Code, Sections 2252A(a)(5)(B) and (a)(1), or any book, magazine, periodical, film, videotape, or other mater which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and,

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

    a.    One (1) Lenovo laptop computer bearing serial number PF090FHD; and,

    b.    One (1) AlienWare laptop computer bearing serial number PZX766SA134500480.

If any of the property described above, as a result of any act or omission of

the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253 and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

REDACTED

FO̲R̲E̲P̲E̲R̲S̲O̲N̲
D JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
JAMILLA A. BYNOG (Bar No. 32807)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618